IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

YURI PETRINI                                                                                          PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 1:25cv233-LG-RPM

CITY OF BILOXI, MISSISSIPPI; ET AL                                              DEFENDANTS

Administratively Consolidated with

CIVIL ACTION NO. 1:25cv178-LG-RPM
CIVIL ACTION NO. 1:25cv254-LG-RPM

CITY OF BILOXI, MISSISSIPPI; ET AL                                              DEFENDANTS

**MOTION TO DISMISS DEFENDANTS,
PETER C. ABIDE AND CURRIE JOHNSON & MYERS, P.A.**
,

COMES NOW the Defendants, PETER C. ABIDE ("ABIDE"), AND CURRIE JOHNSON & MYERS, P.A. ("Currie Johnson"), by and through their counsel of record, and, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, move this Court to dismiss the Complaints and any Amendments thereto filed against them by Yuri Petrini ("Petrini"), and would respectfully show unto the Court the following, to-wit:

1.  The Second Amended Complaint should be dismissed for lack of standing of the Plaintiffs and the unauthorized practice of law by the Plaintiffs in violation of 28 U.S.C. § 1654, Miss Code § 73-3-55, § 73-3-59 and/or § 97-23-43.

2.  These Defendants move the Court to dismiss the Second Amended Complaint pursuant to *Fed. R. Civ. P. Rule* 12(b)(1) for the reasons set forth herein and their accompanying Brief in Support filed herein.

3. These Defendants move the Court to dismiss the Second Amended Complaint pursuant to *Fed. R. Civ. P. Rule* 12(b)(6) for the reasons set forth herein and their accompanying Brief in Support filed herein.

4. Plaintiffs have improperly split their claims across at three civil actions therefore the Second Amended Complaint should be dismissed. The Defendant has filed a Motion to Consolidate these civil actions. See DKT#87 in CA No. 1:25cv178-LG-RPM which would address some of these issues.

5. These Defendants adopt herein by reference its Memorandum in Support of Motion to Dismiss filed concurrently herein.

WHEREFORE, PREMISES CONSIDERED, the Defendants move to Dismiss and join in and adopt by reference move this Court to grant their Motions to Dismiss and dismiss the Plaintiff's Second Amended Complaints with prejudice.

RESPECTFULLY SUBMITTED, this the 20th day of January, 2026.

        PETER ABIDE AND CURRIE JOHNSON & MYERS, P.A., DEFENDANTS

        BY AND THROUGH THEIR ATTORNEYS OF RECORD

        BOYCE HOLLEMAN & ASSOCIATES

        BY:    *s/ Tim C. Holleman*

Tim C. Holleman (Ms Bar #2526)
Patrick T. Guild (MS Bar#103739)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
    Email:  tim@boyceholleman.com
        patrick@boyceholleman.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have filed the above and foregoing pleading utilizing the ECF system a true and correct copy of the foregoing document and have mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing pleading to the Pro Se Plaintiffs at his mailing address as follows:

Yuri Petrini
929 Division Street
Biloxi, MS 39530
Email: yuri@megalopolisms.com

Sumire Maeda
929 Division Street
Biloxi, MS 39530
Email: Sumire@megalopolisms.com

THIS this the 20th day of January, 2026.

                                                               *s/ Tim C. Holleman*

Tim C. Holleman (MS Bar #2526)
Patrick T. Guild (MS Bar#103739)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone: (228) 863-3142
Facsimile:  (228) 863-9829
Email:  tim@boyceholleman.com
        patrick@boyceholleman.com