5



J2 - BILOXI DISTRICT
Instrument 2021-0019839-D-J2
Filed/Recorded 12/06/2021 12:59:01 PM
Total Fees 26.00
5 Pages Recorded

| | |
|---|---|
| Prepared by:<br>David B. Pilger<br>Attorney at Law<br>1406 Bienville Blvd., Suite 101<br>Ocean Springs, MS 39564 | Grantor:<br>A & H Corporation,<br>a Mississippi Corporation<br>1714 Pass Rd.<br>Biloxi, MS 39531 |
| Return To:<br>David B. Pilger<br>Attorney at Law<br>1406 Bienville Blvd., Suite 101<br>Ocean Springs, MS 39564 | Grantee:<br>Megalopolis Two, LLC,<br>a Mississippi limited liability company<br>201 Galen Dr., Unit 202W<br>Key Biscayne, MS 33149 |

<u>File No. Z210589S</u>

**INDEXING INSTRUCTIONS:** Pt of Biloxi Section Block 153, in Sec. 27, T7, R9, 2nd JD, Harrison County, MS

STATE OF MISSISSIPPI
COUNTY OF HARRISON
SECOND JUDICIAL DISTRICT

## WARRANTY DEED

FOR AND IN CONSIDERATION OF the price and sum of TEN AND NO/100 DOLLARS ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, **A & H Corporation, a Mississippi Corporation**, does hereby sell, convey and warrant unto **Megalopolis Two, LLC, a Mississippi limited liability company**, all of that certain tract, piece or parcel of land situated in Harrison County, Mississippi, together with all improvements, buildings, fixtures, and appurtenances thereunto belonging, and being more particularly described as follows, to-wit:

Legal Description attached hereto as Exhibit "A"

This being the same property as that conveyed to A & H Corporation, a Mississippi Corporation, by Warranty Deed recorded in Book 248, at Page 25 Land Deed Records of Harrison County, Mississippi.

# EXHIBIT 1 - WARRANTY DEED

Instrument# 20210019839
DEED BOOK - J2 - BILOXI DISTRICT

If this property is bounded by water, this conveyance includes any natural accretion, and is subject to any erosion due to the action of the elements. Such riparian and littoral rights as exist are conveyed herewith but without warranty as to their nature or extent. If any portion of the property is below the mean high tide watermark, or is coastal wetlands as defined in the Mississippi Coastal Wetlands Protection Act it is conveyed by quitclaim only.

Grantor(s) quitclaims any and all oil, gas, and other minerals owned, if any, to Grantee(s). No mineral search was requested or performed by preparer.

This conveyance is subject to any and all covenants, rights of way, easements, restrictions and reservations of record in the office of the Chancery Clerk in the Second Judicial District of Harrison County, Mississippi.

It is agreed and understood that the taxes for the current year have been pro-rated as of this date on an estimated basis, and when said taxes are actually determined, if the proration as of this date is incorrect, the Parties hereto agree to make all necessary adjustments on the basis of an actual proration.

WITNESS MY SIGNATURE, on this the 30 day of November, 2021.

A & H Corporation,
a Mississippi Corporation

By: Susan Shireman, President

**CORPORATE ACKNOWLEDGMENT**

STATE OF MISSISSIPPI
COUNTY OF HARRISON

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named **Susan Shireman**, the duly appointed President of **A & H Corporation, a Mississippi Corporation**, who acknowledged before me that she signed, executed and delivered the above and foregoing instrument on the day and year thereof, for the use and purposes therein mentioned, for and on behalf of the aforesaid company, after first having been duly authorized so to do.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, on this the 30 day of November, 2021.

(AFFIX SEAL)

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 293349, JULIE A. FOXWELL, Commission Expires Oct. 19, 2025, JACKSON COUNTY]

Julie A. Foxwell
NOTARY PUBLIC

My commission expires:

Instrument# 20210019839
DEED BOOK - J2 - BILOXI DISTRICT

## CORPORATE RESOLUTION

In a duly called meeting of all of the Members/Managers/Shareholders of the below named Company, it was unanimously approved by all of the Members/Managers/Board of Directors that **Susan Elmore Shireman**, President, has complete authority to sell on behalf of the below named company the property located at, or described as:

Property Address: 929 Division St., Biloxi, MS 39530

See attached Exhibit "A".

So approved and acknowledged this, the **30** day of **November**, 2021.

A & H Corporation
a Mississippi Corporation

_____
By: Susan Elmore Shireman

## CORPORATE ACKNOWLEDGMENT

STATE OF MISSISSIPPI
COUNTY OF HARRISON

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, Susan Elmore Shireman, the members of A & H Corporation, a Mississippi Corporation, who acknowledged before me that she signed, executed and delivered the above and foregoing instrument on the day and year thereof, for the use and purposes therein mentioned, for and on behalf of said Limited Liability Company as its own act and deed, after first having been duly authorized to do so.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, on this the **30** day of **November**, A.D. 2021.

(AFFIX SEAL)

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID #293349, JULIE A. FOXWELL, Commission Expires Oct 19, 2025, JACKSON CO.]

_____
Julie A. Foxwell
NOTARY PUBLIC

My commission expires: Oct 19, 2025

Instrument# 20210019839
DEED BOOK - J2 - BILOXI DISTRICT

### Exhibit "A"

### Legal Description

A lot of land having a frontage on West Division Street of Fifty (50) feet, and running back South between parallel lines for a distance of 102 feet, more or less to the property of Diggs. Said lot being bounded on the North by West Division Street, on the South by the property of Diggs, on the East by Bohn Street, and on the West by the property now or formerly of Barnes. Said property being designated by Municipal No. 903 West Division St. Biloxi, Mississippi, and is located in Sectional Block 153 of the Tax Assessor's Map of Harrison County, Miss.

AND ALSO:

A lot or parcel of land located on the South side of Division Street, between Bohn Street and Hopkins Street, and having a frontage on the South side of West Division Street of Fifty (50) feet and running back South between parallel lines for a distance of One Hundred and Two Feet (102') more or less to the - property of Diggs. Said lot being bounded on the North by West Division Street, on the South by property of Diggs, on the East by property of Alfred L. Elmore Jr., formerly Barnes, and on the West by property of Hopkins. Said property being designated as Municipal No. 905 West Division Street and is located in Sectional Block 153 of the Tax Assessor's Map of Harrison County, Mississippi.

AND ALSO:

THAT CERTAIN LOT or parcel of land known as Numbers 537 and 539 Bohn Street in the City of Biloxi, on the West side of Bohn Street; having a frontage of 100 feet on the West line of Bohn Street, and running back West between parallel lines a distance of 150 feet; bounded on the East by Bohn Street; on the North by Elmore; on the South by property now or formerly Gloria Williams; and on the West by property formerly A. R. Hopkins, now Barnes and Brielmaier; and being the property conveyed to Diggs by Warranty Deed dated August 2, 1922, from Thomas, recorded in Book 135, page 235, Deed Records of Harrison County, Mississippi, and also by Deed from Coralie S. Manuel to Diggs on January 22, 1936, recorded in Book 233, pages 125-126, Deed Records of Harrison County, Mississippi.

AND ALSO:

That certain lot or parcel of land having a frontage of 50 feet on West Division Street between Bohn St. and Hopkins St. and running back South between parallel lines a distance of 102 feet, more or less, to the property of Diggs. Said lot being bounded on the North by West Division Street; on the South by property now or formerly of Diggs; on the East by property now of Alfred L. Elmore, Jr., formerly Barnes; and on the West by property of Barnes, formerly of Metropolitan Life Insurance Company, being the West 50 feet of that certain property conveyed to the Grantor herein by Charles J. Barnes and Marie Volkel Barnes on January 16, 1947, by deed recorded in Book 335, page 114-115 of the Land Deed Records of Harrison County, Mississippi.

AND ALSO:

That certain lot or parcel of land beginning at a point on the South line of West Division Street, that is 120 feet East of the intersection of the said South line of West Division Street with the East line of Hopkins Street, and running thence East and along the South line of West Division Street a distance of 122 feet, more or less, to the Northwest corner of the property now or lately belonging to A. H. Branch, and running thence

Instrument# 20210019839
DEED BOOK - J2 - BILOXI DISTRICT

South and along the West lines of the properties of now or formerly of A. H. Branch and Mrs. L. A. Milhan, a distance of 150 feet, to the Northeast corner of a lot of land belonging to J. A. Kornman and wife, said point being the Southeast corner of the property herein described, and running thence West and along the North line of the said Kornman property a distance of 122 feet, more or less, to the Southeast corner of the property now or lately belonging to T. J. Wright and wife, and running thence North along the East lines of the properties of T. J. Wright and wife, and of Robert Campbell a distance of 150 feet, more or less, to the point or place of beginning; and said lot of land having a front North on the South line of West Division Street of 122 feet, more or less, and running back South between parallel lines a distance of 150 feet, and is bounded on the North by said West Division Street; on the East by the properties now or lately belonging to Branch and Milham, on the South by the property of J. A. Kornman and wife, and on the West by the properties now or lately of Campbell and Wright.

_____
Megalopolis Two, LLC,
a Mississippi limited liability company
By: Yuri Petrini de Moraes, Sole Member

11/30/21
Date