

# Certificate of Appropriateness

City of Biloxi Department of Community Development
676 Martin Luther King Jr., Boulevard, Biloxi, MS 39530
Ph. (228) 435-6266    Fax (228) 435-6188

**TO BE COMPLETED BY APPLICANT** | Ward: _____ | DATE: 9/16/22

AHRC Case No.: 22-29A    Date Submitted: 9-16-22

Tax Parcel Number: 1410E-03-001.000    Hearing Date: _____

Zoning Classification: RB

929 Division Street
Address of Property to be reviewed    Property Size: _____

Megalopolis LLC
Name of Rightful Owner (Please Print)    Name of Applicant, if different from owner

Address. if different from above    Address

( ) _____ ( ) _____    ( ) _____ ( ) _____
Home Phone    Office Phone    Home Phone    Office Phone

**HISTORIC DISTRICT/PROPERTY:**
- [X] West Central Historical District    [ ] Downtown Historical District    N- Esters Blvd
- [ ] Point Cadet Historical District    [ ] West Beach Historical District    S- Division St
- [ ] East Central Historical District    [ ] Edgewater Park Historical District    E- Hopkins Blvd
- [ ] Other (please specify): _____    W- Bohn St

**MATERIALS REQUIRED FOR CASE REVIEW\*:**
[ ] Photographs  [ ] Renderings  [ ] Color Samples  [ ] Sample Materials  [ ] Sign Depictions
[ ] Site Plans (Including elevations\*\*)  [ ] Landscaping Plans    Property size

\* All materials must be submitted before an application will be considered.
\*\* Exterior elevations, drawn to scale, which depict the proposed construction. Perspective renderings or isometric drawings are encouraged to communicate complicated projects.

**WORK PROPOSED:**
[X] Erect  [ ] Replace  [ ] Alter  [ ] Repair  [ ] Addition to  [ ] Demolish  [ ] Other _____

Describe nature of the work to be reviewed (please describe in as much detail as possible the project you are proposing. 48" tall wood fence

Application is hereby made for a Certificate of Appropriateness for a building, structure, or premises as identified and described within this application. I agree to comply with all the laws, ordinances, and regulations enforced by the City of Biloxi Community Development Department in pursuit of this Certificate.

X _____    _____
Signature of Rightful Owner    **EXHIBIT 2**    Signature of Applicant

Revised August 2018

---

Mailing Address (if different)                    Mailing Address (if different)

If someone other than the applicant needs to be notified concerning this case, please note name(s) and address (es) below:

Name: _____                   Address: _____

Application Received by: _Angel Hitcher_

By receiving this application, staff verifies the completeness of the application.

☒ Approved as submitted                ☐ Approved with conditions (see notes below)
☒ Disapproved

REMARKS: Admin Approval per J. Creel + B. Raymond

---

## ARCHITECTURAL AND HISTORICAL REVIEW COMMISSION

The purpose of the Architectural and Historical Review Commission (AHRC) is to ensure the provision of functional, safe, innovative and attractive site development compatible with the City's manmade and unique natural environment, and to protect against developments within certain more sensitive areas of the City which may degrade and or depreciate the image, beauty and character of the City. The AHRC recognizes that such adverse impacts affect the livelihood of the community in general and the surrounding neighborhoods in particular.

Regularly scheduled AHRC meetings are held at 8:30 a.m. on the second and fourth Thursday of each month, when applications have been presented for review. The applicant or interested parties may contact the Planning Division office at (228) 435-6266 subsequent to the meeting at which any final decision is made, as indicated herein, and will be advised of any action taken by the AHRC regarding a specific case.

All projects or developments involving moving or removal of a structure, demolition, exterior improvements to existing structures or any new construction located within an Architectural Review District, Historic District or Neighborhood Heritage District, as identified within the City of Biloxi's Architectural Review Ordinance, must be submitted to the Architectural and Historical Review Commission for approval. Copies of the Architectural and Historical Review Ordinance may be obtained through the Planning Division Office.

Please note that AHRC approval does not waive any permits or licenses required by the city, county or state. It is the applicant's responsibility to obtain any and all necessary permits for work performed.

### APPEALS

Applicants or interested parties which are aggrieved with the decision of the AHRC have ten (10) calendar days after the AHRC takes action in which to advise the Clerk of the City Council, in writing, that they are aggrieved with the decision of the AHRC and have elected to appeal a decision of that body to the City Council. This notification will place the matter on the agenda of the City Council, as per Section 2-8-16 of the Code of Ordinances of the City of Biloxi.

### TREE PERMIT

Tree permits are required before the removal or trimming of any protected tree, in accordance with the City of Biloxi's Land Development Ordinance. The Land Development Ordinance is available here http://www.biloxi.ms.us/resources/code-of-ordinances/.

Revised August 2018

2-24A

# Fence Permit Application
City of Biloxi, Community Development Department
676 Dr. Martin Luther King Jr., Blvd., Biloxi, MS 39530
Building (228) 435-6270 Planning (228) 435-6266 Fax (228) 435-6188

Application number 202202014 ____ Date issued _____

Owner's Name Necropolis ____ Telephone _____

Project Address 929 Division St. ____ Lot Number _____

Mailing Address _____ Estimated Cost ($) 3,000.00

Please describe work proposed: 48" tall wood - 30 ft. long
fence

Contractor's Name Necropolis ____ City License # 37658

(If applicable) Contractor Phone # ____

Note: Wherever a fence or wall is installed, the more "finished" side of the fence shall face the section of the lot that "fronts to" or is otherwise exposed to a city street or right-of-way.

Fences constructed between two private properties may display the "finished" side of the fence, at the discretion of the property owner submitting the building permit application.

Signature: X ____ Date 9/16/22

**For Staff Use**

Parcel 1410E-03-001.000

FEMA Flood Zone ☐ A, AE, or AH ☐ CAZ ☐ VE ☐ SX or X    Fence only

Floodway ☐ Yes ☑ No   Cumulative% ____

Design Flood Elevation ____ Signature _OH per RStielek_

35

Will this project require an AHRC Hearing? ✓ No ___ Yes Case No. Admin Approved
Will this project require a Planning Commission Hearing? ✓ No ___ Yes
Current Zoning RB ____ PC Case No. ✓ ____ (if applicable)
Current Use Fence ____ Proposed Use Fence
Setbacks: Front 40  Back 10  Left 10  Right 10
Impervious % 100
Signature Jerry Creel ____ Date 9/16/22

March 2022