Application # ZOZ300099



# CZC - Commercial
# Commercial Project Detail Worksheet
*City of Biloxi, Planning Division*
**Mailing Address: P.O. Box 508, Blvd., Biloxi, MS 39530**
Office Location: 676 Dr. MLK Blvd.,
Building (228) 435-6270 Planning (228) 435-6266
Fax (228) 435-6188

**Note: This certificate must accompany your requests for business licensure, building permit, and/or certificate of occupancy. No request through the Biloxi planning department can be initiated without this form. A site plan depicting what is proposed must be attached to complete this application. (If applicable)**

Project Description: _Stand Alone Deck with Staircase_

Applicant: ☐ Owner  ☐ Engineer  ☐ Architect  ☒ Type of Contractor _Builder_

Project Address: _983 Division St_ _____ Lot/Unit/Apt# _____

Current/Proposed Property Use _Commercial + Apartments_ 38022

**(OWNER) BUSINESS DETAILS**
Owners Name: _Mega Apollis_

Mailing Address: _983 Division St_ _____ Telephone _305-504-1323_

**(SEPARATE PERMIT REQUIRED FOR SIGN AND/OR PARKING) SIGN DETAIL**
Setback from property line_____ Overall height above grade _____

Sign Height _____ Sign Width _____

Sq. Ft of this sign _____ Total sq. ft. of all signs _____

☐ Freestanding  ☐ Attached to Building     Illuminated: ☐ Yes ☐ No
**PARKING DETAILS**

Total spaces _____ ADA spaces _____

Parking surface type: ☐ Asphalt ☐ Concrete ☐ Other _____

Parking lot lighting: ☐ Poles ☐ Building Mounted ☐ Other _____

**CELL TOWER DETAILS**

☐ Antenna Upgrade ☐ Keesler Flight Plan area – Tower MSL _____

Applicant Signature _____ Date _____

**Exhibit 1**

Revised 2022

**Planning Staff Only**

Tax Parcel #__141OE - 03 - 001. 000_____

Current Zoning __RB_____ Use _____

Setbacks:  Front __40__ Back __10__ Left __20__ Right __10__

Lot Sq. Ft or Acres_____ Impervious % _____ PC Case #_____

Is this project in compliance with the Zoning Requirements? ☑ Yes ☐ No

Does the project require DRC review? ☐ Yes ☑ No / if yes, Hearing Date is _____

_____ Date: __1/17/23_____
Planning Division Approval

**Flood Plain Manager Only**

Old Flood Zone_____ Permits since 2012 ☐ Yes ☐ No
FEMA Flood Zone ☑ A, (AE), or AH   ☐ CAZ   ☐ VE   ☐ SX or X
Floodway ☐ Yes ☐ No   Design Flood Elevation __17__ Cumulative % _____

_____ Date: __1-17-23_____
Flood Plain Manager Approval

OK per BRaymon **AHRC Staff Only**
Will this project require an AHRC Hearing? ☐ Yes ☐ No / if yes, Hearing Date is _____

Case No_____
_____ Date: __1/17/23_____
AHRC Staff Approval

Revised 2022



# Building Permit Application

*City of Biloxi, Planning Division*
**Mailing Address: P.O. Box 508, Blvd., Biloxi, MS 39530**
*Office Location: 676 Dr. MLK Blvd.,* Building (228) 435-6270
Planning (228) 435-6266 Fax (228) 435-6188

## A BUILDING CODE SUMMARY WORKSHEET MUST ACCOMPANY THIS APPLICATION

Project Address _929 Division St_    Project Cost $ _$6,000_

Type of Structure: ☑ New ☐ Existing ☒ Demolition ☐ Fence ☐ Addition ☐ Sign

Fully Describe Work Proposed: _replace old deck and replace_
_with new as per plans_

## GENERAL CONTRACTOR

Name/Address _929 Division St_

City License # _39022_        Phone # _985 504 1223_

## SUBCONTRACTORS

Electrical: _____    Mechanical: _____

Plumbing: _____    Other: _____

**If new construction**, Gross Sq. Ft.: _____    Net Sq. Ft. _____
**Multi-family information (if applicable)** proposed # of Units_____ # of Buildings_____

## *ASBESTOS CERTIFICATION*

Demolition/Remodel/Repair: I understand that it is my responsibility to verify if there are any asbestos containing materials. I will abide by the regulations of the MS Dept. of Environmental Quality for removal and disposal of any asbestos materials.
Applicant's Signature: _____ Date: _____

*I hereby make application for permit to perform work as described herein and if permit is granted i agree to conform to all regulations and ordinances of the city of Biloxi pertaining hereto and in accordance with the plans submitted. I acknowledge that this permit will expire six (6) months from the date of approval.*

Applicant's Signature: _____ Date: _____

Revised 2022













# CITY OF BILOXI

## APPLICATION PROFILE



GENERAL APPLICATION
```
     Application ref   202300099                    Fee Effective Dt 01/17/2023
     Department        C D DIRECTORS OFFICE
     Location          929 DIVISION STREET
     Parcel            1410E-03-001.000
     Cross streets
     Add'l loc desc    AHRC
     Municipality      BILOXI
     Subdivision                                             Lot
     Existing use      LAND
              memo
     Current Zoning    REGIONAL BUSINESS
         Flood zone    AE
     Applicant         GENERAL CONTRACTOR
     Proj/Activity     COMM ADD/ALT/CONV
     Class of work
     Description       REMOVING OLD DECK AND REPLACING WITH NEW STAND ALONE DECK

     Proposed use      LAND
              memo
     Proposed zoning   REGIONAL BUSINESS
         Flood zone    AE
     Non-conforming    N
     Applic received   01/17/23
     Estimated cost         6,000
     Estim start/end
     Actual start/end
     Impervious Surf              0.00
     Semi-Pervious
     Assigned to
     Status            ACTIVE
     Status code desc  NEW APPLICATION           Multiple submissions N
     Next action                                 Government owned     N
              memo
     Ordinance ref     Commercial
     Reason for app
     Parent app
```

PROGRESS
```
     Prerequisites Approved          9 of      9
     Restrictions/Hazards Cleared    1 of      1
     Plan Reviews                    0 of      0
     Department/Board Reviews        0 of      0
     Permits Issued/Completed        1 of      1
     Inspections                     0 of      4
     Permit Fees Paid                0 of      0
     Miscellaneous Charges Paid      0 of      1
     Work Orders Paid                0 of      0
```

# CITY OF BILOXI

## APPLICATION PROFILE



Application ref:  202300099 (continued)

`ROLES/NAMES`

```
Role                           Name/Address
HOME OWNER                     MEGALOPOLIS ENTERPRISE CO LLC
  CID  : 38022                 P.O. BOX 1183
  Phone: 305-504-1323          BILOXI, MS 39530

  Tradesman Name      Lic Type   License number   Class    NAICS   Expires
  ANDREW HARWELL
  SUMIRE
  YURI

GENERAL CONTRACTOR             MEGALOPOLIS ENTERPRISE CO LLC
  CID  : 38022                 P.O. BOX 1183
  Phone: 305-504-1323          BILOXI, MS 39530

  Tradesman Name      Lic Type   License number   Class    NAICS   Expires
  ANDREW HARWELL
  SUMIRE
  YURI
```

`RESTRICTIONS/HAZARDS`

```
  Restrct/Hazard   Hold   Comments
  RST AHRC
```

`BUILDING CONSTRUCTION`

```
  Sequence       501
  Proposed use BUILDING                  Footprint
  Bldg desc                              Gross SF
  Struct type                            Net SF
                                         Finished SF
                                         Unfinish SF

  Bldg type
  Bldg link    New Building
  Upd property Y
  Stories        .0
  Use memo
  Height                                 Proposed Setbacks
  Front dim                                Front         40
  Back dim                                 Back          10
  Left dim                                 Left          10
  Right dim                                Right         10
  Dim memo
  Constr type
  Occup group
  Heat type                              Attic        N
  Water type                             Basement     N
  Sewer type                             Central air  N
  Elevators                              HW smoke det N
  Sprinklers                   Heads     Fire alarm   N
  Firewalls
```

```
Report generated: 07/22/2025 09:48
User:             prose
Program ID:       piappent
```
                                                          Page       2

**CITY OF BILOXI**

**APPLICATION PROFILE**



Application ref:  202300099 (continued)

```
Ext finish
Firepl type                              Basement SF
Style                                    Fin bsmt SF
Foundtn size                             Garage SF
Garage type
Carport
Deck/porch
Porch 1
Porch 2
Sunroom
Morning room
Other
Total units       0                      Total rooms      0
1 BR              0                       Bedrooms         0
2 BR              0                       Baths          .00
3+BR              0                       Half baths       0
Efficiencies      0
```

PREREQUISITES
```
Prereq       Action     Dept    Needed By  Approved   By   Status
ZONING/USE   APPROVAL   ZONE               01/17/23   FS
FEMA ELEVA   APPROVAL   FEMA               01/17/23
AHRC         APPROVAL   AHRC               01/17/23
ENGINEERIN   APPROVAL   ENG                01/17/23
SITE PLAN    APPROVAL   SITE               01/17/23
BLDG PLAN    APPROVAL   BLDG               01/17/23   JP
ELECTRICAL   APPROVAL   311                01/17/23
MECHANICAL   APPROVAL   311                01/17/23
FIRE PLAN    APPROVAL   FIRE               01/17/23
```

PERMITS
```
Type    Permit Number   Status  Issued             Fee    Unpaid Amt
BLDG    20108148        ISSUED  01/17/23          50.00         .00
SITE EXIST              FEE                        3.00        3.00
                                TOTAL:            53.00        3.00
```

INSPECTIONS
```
Type         Requested   Scheduled   Insptr Performed Results   Bal Due
ELEC ROUGH                                                          .00
FRAMING                                                             .00
FINAL ELEC                                                          .00
BLDG FINAL                                                          .00
                                     TOTAL:                         .00
```

** END OF REPORT - Generated by patty rose **