

# State of Mississippi, City of Biloxi

P.O. Box 508

Biloxi, Mississippi 39533-0508

## CERTIFICATE OF OCCUPANCY STR

**This certificate is issued pursuant to the requirements of the International Building Code certifying that at the time of issuance this structure was in compliance with the various ordinances of the Jurisdiction regulating building construction or use. For the following:**

**Application:** 202301655

**Number:** O 97276
**Issued:** 09/25/2023

**Parcel ID:** 1410E-03-001.000
**Subdivision:**
**Lot Number:**
**Location:** 929 DIVISION ST 2

**Building Use Code:**
**Building Use Description:**
**Occupancy Max:**
**Stories:**
**Gross Area (sq ft):**

**Owner:** MEGALOPOLIS ENTERPRISE CO LLC
P.O. BOX 1183
BILOXI, MS 39530

**Comments:** STR -UNIT #2



**Exhibit 2**

9/25/23

Building Official Signature

Date Signed

**POST IN A CONSPICUOUS PLACE**

# CITY OF BILOXI, MISSISSIPPI
# Occupancy Limit

Occupancy of more than ____**2**____ persons is dangerous

and unlawful. This structure is equipped

with ____**1**____ approved emergency exits.


Business: __**MEGALOPOLIS ENTERPRISE CO, LLC**__

Address: __**929 DIVISION STREET, UNIT 2**__

_Jerry Creel_

Jerry Creel, Building Official

**9/25/23**

Date



Application # _____

## Short-Term Rental
## Certificate of Occupancy Application ($50)
*City of Biloxi, Planning Division*
**Mailing Address: P.O. Box 508, Blvd., Biloxi, MS 39530**
Office Location: 676 Dr. MLK Blvd.,
Ph. (228)435-6266 Fax (228)435-6188

**Tax Parcel Number:** _____

Address of Short-Term-Rental: _Q29 Division St_ Unit # _A_

## Owner Information

Business Name: _Megalopolis Enterprise Companies LLC_

Owner Name: _Yuri Petrini_

Mailing Address: _929 Division St, Unit A_

City, State Zip _Biloxi, MS_

Work Phone: _____ Cell Phone: _(305) 504-1323_

Email: _yuri @ megalopolis ms.com_

Do you have other Short-Term-Rentals in other locations, if so, where? _864 McDonnell Ave A,B,C,D, · 929 division St 3,4,5,6_

## Local Emergency Contact info (local person, within 30 minutes)

Name: _____ Phone number: _____

Address: _____

Total square footage: _____ (REQUIRED)

Number of bedrooms: _____ How many parking spaces? _____

Subdivision: _____

Current Property Use _____

Owner's Signature _____ Date _09/13/2023_

*By signing this application, you agree to comply with __all__ requirements as cited in the City of Biloxi's Land Development Ordinance, as attached with this application.*

_9/22, (21.36)_

Revised September 1, 2022



**CZC –STR**
City of Biloxi, Planning Division
676 Dr. Martin Luther King Jr., Blvd., Biloxi, MS 39530
(228)435-6266 Fax (228)435-6188

**Note: No request through the Biloxi planning department can be initiated without this form.**

---

**Planning Staff Only**

Current Zoning  RB          PC Case # _____

Setbacks:  Front  40    Back  10    Left  10    Right  10

Lot Sq. Ft or Acres _____    Impervious %  70

FEMA Flood Zone  AE    Base Flood Elevation _____    Design Flood _____

Is this project in compliance with the Zoning Requirements? ☑ Yes ☐ No

Does the project require DRC review? ☐ Yes ☑ No / if yes, Hearing Date is _____

_(signature)_                    Date:  9/13/23
Planning Division Approval

---

**Flood Plain Manager Only**

Is this project in compliance with the FEMA Requirements? ☐ Yes ☑ No

_(signature)_                    Date: 9/13/23
Flood Plain Manager Approval

---

**AHRC Staff Only**

Will this project require an AHRC Hearing? ☑ Yes ☐ No / if yes, Hearing Date is _____

_(signature)_                    Date: 9/13/23
AHRC Staff Approval

Revised September 1, 2022

PERMITS/INSP PAYMENT    RECPT#: 3207387

```
DATE:  09/20/23      TIME: 09:26
CLERK: prose         DEPT:
CUSTOMER#: 38022
MEGALOPOLIS ENTERPRISE CO LLC
PARCEL:

CHG: COO    CERTIFICATE OF        150.00

AMOUNT PAID:        150.00

PAID BY:        MEGALOPOLIS ENTERPRI
PAYMENT METH:   CHECK

APPLICATION #:

AMT TENDERED:       150.00
AMT APPLIED:        150.00
CHANGE:                .00
```

# FIRE DEPARTMENT FINAL

Date: 9/22/2023

### ***Return this form to the Building Dept. to obtain a Certificate of Occupancy***

**OCCUPANCY NAME:** Megalopolis

**ADDRESS:** 929 Division St. Unit 1

☒ O.K.          ☐ DENIED          ☐ TEMP ONLY _____ DAYS

**CORRECTION / COMMENTS:**
Note: This is a (STR) Inspection only.

Everything appears okay at the time of inspection.

☐ **REINSPECTION REQUIRED BY FIRE DEPARTMENT CALL (228) 435-6200**

_I-3 Eary Coffell 3430_

**INSPECTOR'S SIGNATURE**

NOTE: After all corrections are made and the inspector signs off, return inspection forms to the building department located at 676 Dr. Martin Luther King Jr Blvd. This form is **not a valid** Certificate of Occupancy. A valid COO will be issued upon returning this Fire Dept. Final form to the building department.

# City of Biloxi


Biloxi
established 1699

```
                        INSPECTION FIELD SHEET                    09/20/23
Printed by patty rose                                            09:30:16

  INSPECTION: 320769       CERTIFICATE OF OCCUPANCY      PERMIT:
                                                         STATUS: REVIEW
                                                    APPLICATION: 202301656
 LOC: 929 DIVISION ST #1
      AHRC
      BILOXI

 PROPERTY ID: 1410E-03-001.000

 OWNER:        MEGALOPOLIS ENTERPRISE CO LLC
               305-504-1323
 CONTRACTOR:   MEGALOPOLIS ENTERPRISE CO LLC
               305-504-1323
 REQUEST BY:


 PROJ DESC:    STR
 WORK ORDER:



 INSPECTOR:    FM             RESULT:
 REQUESTED:    09/20/23       PRIORITY:
 SCHEDULED:    09/22/23 130   COMPLETED:
 UNPAID FEES:          .00                      Date          Time

 MILEAGE:     _____         TIME: TRAVEL _____    ONSITE _____

 COMMENTS:
```

**Visitor Accommodations**

**Short-Term Rentals** shall be allowed as a <u>Permitted Use</u> upon properties situated within the following zoning districts: Community Business (CB), Regional Business (RB), Downtown (DT) and Waterfront (WF) subject to compliance with all of the standards mentioned below.

**Short-Term Rentals** may be authorized as <u>Conditional Use</u> upon properties situated within the following zoning districts: (A) Agricultural, (LB) Limited Business, and (NB) Neighborhood Business, Medium-Density Multifamily Residential (RM-20), High-Density Multifamily Residential (RM-30), subject to Conditional Use review and approval.

**Short-Term Rentals** may also be authorized in a Planned Development Gaming-Establishment (PD-GE) Planned Development-Hospitality Business (PD-HB), and Planned Development-Commercial (PD-C) Planned Development – Infill (PD-I) district zones <u>subject to an approved Planned Development Master Plan</u> by the City Council.

**Short-Term Rentals** are <u>not permitted</u> in these Single Family Zones: Residential Single Family; AR, RS-5, RS-7.5, RS-10 and Residential Estate RE and Residential Estate Restricted RER.

All **Short-Term Rentals** shall comply with all of the following standards:

**Declaration of Policy**
This section is intended to provide standards for **Short-Term Rentals** to allow for a Visitor Accommodation Use for properties, which have the characteristics of Single Family Residences, but providing specific limitations, which should prevent the commercial exploitation of these properties.

**Monitoring**
**Short-Term Rentals** shall maintain a guest register, which shall be made available for inspection by the City upon request. The guest register shall include the names and home addresses of transient guests, the transient guests' driver's license numbers, dates of stay, and the unit number utilized by each transient guest. All **Short-Term Rental** units shall also provide, in addition to any corporate ownership information, the name, address, and phone number of a local person who shall be able to provide thirty-minute appearance response to said **Short-Term Rental** unit site when so called upon by the City or other responsible authority.

**Additional Permit Requirements**
**Short-Term Rentals** shall be authorized only upon completing all items included and recited within the Land Development Ordinance. Individuals requesting **Short-Term Rental** shall be required to pay an annual application fee of one-hundred dollars ($100.00): such fee is to be assessed and paid by applicant to the City of Biloxi Community Development Department, provide the names(s) of agencies (i.e. AirBND, VRBO, Homeaway, etc.) they are affiliated wit and obtain a Certificate of Occupancy, a Certificate of Zoning Compliance, a Privilege Tax License and an Occupant Limit Card from the City of Biloxi. The Certificate of Occupancy, Certificate of Zoning Compliance, and Privilege Tax License shall not be transferred to any subsequent owner, and any

## Short-Term Rentals Standards

Nothing in this subsection shall be construed to permit any commercial or residential use not otherwise allowed by the specific district classification in which the **Short-Term Rentals** are located.

Short-Term Rentals shall be limited with respect to the Density Limits provided within Section 25-5 of the Land Development Ordinance.

Exterior sign(s) advertising **Short-Term Rentals** shall <u>not</u> be permitted on properties located in residential zoning districts.

All lighting shall be compatible with the residential quality of the neighborhood in which the **Short-Term Rentals** are located.

Parking for Short-Term Rentals shall be provided on site at a ratio of one parking space per unit or bedroom available, whichever is greater. Parking shall be arranged in a style reflective of a residential use

The combination of parking and all structures included as part of **Short-Term Rentals** shall occupy no more than sixty percent (60%) of the lot upon which this use is to be located.

Any **Short-Term Rental** use proposed must be in conformance with all Subdivision Covenants or Deed Restrictions in effect for the specific property site in question. The property owner shall be responsible to demonstrate compliance with this directive. Nothing in this section shall confer a right to offer a Short-Term Rental where such use is prohibited by a homeowners' association agreement, by a rental agreement or any other restrictions, covenants, requirements or enforceable agreements.

Fees: application fee of $100.00 and inspection fee of $50.00.

Short-Term Rentals shall be subject to annual Fire Inspections by the Biloxi Fire Department, or as required by City ordinance.

***<u>Upon accepting any Short-Term Rental application, the City of Biloxi will notify the Hotel & Lodging Association, State Department of Revenue, Harrison County Tax assessor to make them cognizant of the intention of establishing a Short-Term Rental facility at the location offered.</u>***
***<u>Any violation of these Short-Term Rental provisions may result in the enforcement of remedies and penalties found in Section 23-9-6 of the Remedies and Penalties section of the Land Development Ordinance.</u>***

***<u>The penalty for operating a Short-Term Rental without a business license will be assessed a fine of five hundred dollars ($500.00) per violation per day.</u>***

Inspector's
signature_____ Date___9/22/23___

Revised September 1, 2022



# State of Mississippi, City of Biloxi

P.O. Box 508
Biloxi, Mississippi 39533-0508

## CERTIFICATE OF OCCUPANCY STR

**This certificate is issued pursuant to the requirements of the International Building Code certifying that at the time of issuance this structure was in compliance with the various ordinances of the Jurisdiction regulating building construction or use. For the following:**

**Application:** 202301656

**Number:** O 97277
**Issued:** 09/25/2023

**Parcel ID:** 1410E-03-001.000
**Subdivision:**
**Lot Number:**
**Location:** 929 DIVISION ST #1

**Building Use Code:**
**Building Use Description:**
**Occupancy Max:**
**Stories:**
**Gross Area (sq ft):**

**Owner:** MEGALOPOLIS ENTERPRISE CO LLC
P.O. BOX 1183
BILOXI, MS 39530

**Comments:** STR



Building Official Signature

9/25/23

Date Signed

**POST IN A CONSPICUOUS PLACE**

# CITY OF BILOXI, MISSISSIPPI
# Occupancy Limit

Occupancy of more than __**2**__ persons is dangerous

and unlawful. This structure is equipped

with __**1**__ approved emergency exits.


Business: __**MEGALOPOLIS ENTERPRISE CO, LLC**__

Address: __**929 DIVISION STREET, UNIT 1**__

_Jerry Creel_
_____
Jerry Creel, Building Official

**9/25/23**
_____
Date



Application # _QQ30110935_

# Short-Term Rental
## Certificate of Occupancy Application ($50)
*City of Biloxi, Planning Division*
**Mailing Address: P.O. Box 508, Blvd., Biloxi, MS 39530**
*Office Location: 676 Dr. MLK Blvd.,*
*Ph. (228)435-6266 Fax (228)435-6188*

**Tax Parcel Number:** _____

Address of Short-Term-Rental: _929 Division St_____ Unit # _2_

## Owner Information
Business Name: _Megalopolis Enterprise Companies, LLC_

Owner Name: _Yuri Petrini_

Mailing Address: _929 Division St, Unit A._

City, State Zip _Biloxi, MS_

Work Phone: _(305) 504-1323___ Cell Phone: _(305) 504-1323_

Email: _yuri@megalopolisms.com_

Do you have other Short-Term-Rentals in other locations, if so, where? _264 Mc donnell Ave_
_A,B,C,D ; 929 division St 3,4,5,6._

## Local Emergency Contact info (local person, within 30 minutes)

Name: _____ Phone number: _____

Address: _____

Total square footage: _____ (REQUIRED)

Number of bedrooms: _____ How many parking spaces? _____

Subdivision: _____

Current Property Use: _____

Owner's Signature _____ Date _09/13/23_

***By signing this application, you agree to comply with all requirements as cited in the City of Biloxi's Land Development Ordinance, as attached with this application.***

9/22@ 1:30

Revised September 1, 2022



**CZC –STR**
City of Biloxi, Planning Division
676 Dr. Martin Luther King Jr., Blvd., Biloxi, MS 39530
(228)435-6266 Fax (228)435-6188

**Note: No request through the Biloxi planning department can be initiated without this form.**

---

### Planning Staff Only

Current Zoning __RB__    PC Case # _____

Setbacks:  Front __40__    Back __10__    Left __10__    Right __10__

Lot Sq. Ft or Acres _____    Impervious % __70__

FEMA Flood Zone __AE__    Base Flood Elevation _____ Design Flood _____

Is this project in compliance with the Zoning Requirements? ☑Yes ☐No

Does the project require DRC review? ☐Yes ☑No / if yes, Hearing Date is _____

_(signature)_    Date: __9/13/23__

Planning Division Approval

---

### Flood Plain Manager Only

Is this project in compliance with the FEMA Requirements? ☑Yes ☐No

_(signature)_    Date: __9/13/23__

Flood Plain Manager Approval

---

### AHRC Staff Only

Will this project require an AHRC Hearing? ☐Yes ☑No / if yes, Hearing Date is _____

_(signature)_    Date: __9/13/23__

AHRC Staff Approval

---

Revised September 1, 2022

PERMITS/INSP PAYMENT    RECPT#: 3207388

```
DATE:  09/20/23      TIME: 09:29
CLERK: prose         DEPT:
CUSTOMER#: 38022
MEGALOPOLIS ENTERPRISE CO LLC
PARCEL:

CHG: COO    CERTIFICATE OF        150.00

AMOUNT PAID:      150.00

PAID BY:        MEGALOPOLIS ENTERPRI
PAYMENT METH:   CHECK

APPLICATION #:

AMT TENDERED:     150.00
AMT APPLIED:      150.00
CHANGE:             .00
```

# FIRE DEPARTMENT FINAL

Date: 9/22/2023

### ***Return this form to the Building Dept. to obtain a Certificate of Occupancy***

**OCCUPANCY NAME:** Megalopolis

**ADDRESS:** 929 Division St. Unit 2

☒ O.K.        ☐ DENIED        ☐ TEMP ONLY _____ DAYS

**CORRECTION / COMMENTS:**
Note: This is a STR Inspection.

Everything appears okay at the time of inspection.

☐ **REINSPECTION REQUIRED BY FIRE DEPARTMENT CALL (228) 435-6200**

I-3 Ecew Coffy 2430

**INSPECTOR'S SIGNATURE**

NOTE: After all corrections are made and the inspector signs off, return inspection forms to the building department located at 676 Dr. Martin Luther King Jr Blvd. This form is **not a valid** Certificate of Occupancy. A valid COO will be issued upon returning this Fire Dept. Final form to the building department.

# City of Biloxi

**Biloxi**
established 1699

## INSPECTION FIELD SHEET

Printed by patty rose

09/20/23
09:27:30

INSPECTION: 320745     CERTIFICATE OF OCCUPANCY

PERMIT:
STATUS: REVIEW
APPLICATION: 202301655

LOC: 929 DIVISION ST 2
     AHRC
     BILOXI

305-504-1323 *Yani*
497-9133 *Sumi*

PROPERTY ID: 1410E-03-001.000

OWNER:        MEGALOPOLIS ENTERPRISE CO LLC
              305-504-1323
CONTRACTOR:   MEGALOPOLIS ENTERPRISE CO LLC
              305-504-1323
REQUEST BY:

PROJ DESC:  STR -UNIT #2
WORK ORDER:

INSPECTOR:     FM              RESULT:          *Pass*
REQUESTED:     09/20/23        PRIORITY:
SCHEDULED:     09/22/23 130    COMPLETED:   *9/22/23*
UNPAID FEES:          .00                   Date        Time

MILEAGE: _____          TIME: TRAVEL _____   ONSITE _____

COMMENTS:

*EXITS ✓ okay*

*GUEST ✓ okay (continued)*

*OFI ✓ okay*

*email = SumiRe@Megalopolis MS.com*

## Visitor Accommodations

**Short-Term Rentals** shall be allowed as a <u>Permitted Use</u> upon properties situated within the following zoning districts: Community Business (CB), Regional Business (RB), Downtown (DT) and Waterfront (WF) subject to compliance with all of the standards mentioned below.

**Short-Term Rentals** may be authorized as <u>Conditional Use</u> upon properties situated within the following zoning districts: (A) Agricultural, (LB) Limited Business, and (NB) Neighborhood Business, Medium-Density Multifamily Residential (RM-20), High-Density Multifamily Residential (RM-30), subject to Conditional Use review and approval.

**Short-Term Rentals** may also be authorized in a Planned Development Gaming-Establishment (PD-GE) Planned Development-Hospitality Business (PD-HB), and Planned Development-Commercial (PD-C) Planned Development – Infill (PD-I) district zones <u>subject to an approved Planned Development Master Plan</u> by the City Council.

**Short-Term Rentals** are <u>not permitted</u> in these Single Family Zones: Residential Single Family; AR, RS-5, RS-7.5, RS-10 and Residential Estate RE and Residential Estate Restricted RER.

All **Short-Term Rentals** shall comply with all of the following standards:

### Declaration of Policy
This section is intended to provide standards for **Short-Term Rentals** to allow for a Visitor Accommodation Use for properties, which have the characteristics of Single Family Residences, but providing specific limitations, which should prevent the commercial exploitation of these properties.

### Monitoring
**Short-Term Rentals** shall maintain a guest register, which shall be made available for inspection by the City upon request. The guest register shall include the names and home addresses of transient guests, the transient guests' driver's license numbers, dates of stay, and the unit number utilized by each transient guest. All **Short-Term Rental** units shall also provide, in addition to any corporate ownership information, the name, address, and phone number of a local person who shall be able to provide thirty-minute appearance response to said **Short-Term Rental** unit site when so called upon by the City or other responsible authority.

### Additional Permit Requirements
**Short-Term Rentals** shall be authorized only upon completing all items included and recited within the Land Development Ordinance. Individuals requesting **Short-Term Rental** shall be required to pay an annual application fee of one-hundred dollars ($100.00): such fee is to be assessed and paid by applicant to the City of Biloxi Community Development Department, provide the names(s) of agencies (i.e. AirBND, VRBO, Homeaway, etc.) they are affiliated wit and obtain a Certificate of Occupancy, a Certificate of Zoning Compliance, a Privilege Tax License and an Occupant Limit Card from the City of Biloxi. The Certificate of Occupancy, Certificate of Zoning Compliance, and Privilege Tax License shall not be transferred to any subsequent owner, and any

changes in ownership shall require new applications for all such certificates, permits and licenses.

## Short-Term Rentals Standards

Nothing in this subsection shall be construed to permit any commercial or residential use not otherwise allowed by the specific district classification in which the **Short-Term Rentals** are located.

Short-Term Rentals shall be limited with respect to the Density Limits provided within Section 25-5 of the Land Development Ordinance.

Exterior sign(s) advertising **Short-Term Rentals** shall <u>not</u> be permitted on properties located in residential zoning districts.

All lighting shall be compatible with the residential quality of the neighborhood in which the **Short-Term Rentals** are located.

Parking for Short-Term Rentals shall be provided on site at a ratio of one parking space per unit or bedroom available, whichever is greater. Parking shall be arranged in a style reflective of a residential use

The combination of parking and all structures included as part of **Short-Term Rentals** shall occupy no more than sixty percent (60%) of the lot upon which this use is to be located.

Any **Short-Term Rental** use proposed must be in conformance with all Subdivision Covenants or Deed Restrictions in effect for the specific property site in question. The property owner shall be responsible to demonstrate compliance with this directive. Nothing in this section shall confer a right to offer a Short-Term Rental where such use is prohibited by a homeowners' association agreement, by a rental agreement or any other restrictions, covenants, requirements or enforceable agreements.

Fees: application fee of $100.00 and inspection fee of $50.00.

Short-Term Rentals shall be subject to annual Fire Inspections by the Biloxi Fire Department, or as required by City ordinance.

*__Upon accepting any Short-Term Rental application, the City of Biloxi will notify the Hotel & Lodging Association, State Department of Revenue, Harrison County Tax assessor to make them cognizant of the intention of establishing a Short-Term Rental facility at the location offered.__*
*__Any violation of these Short-Term Rental provisions may result in the enforcement of remedies and penalties found in Section 23-9-6 of the Remedies and Penalties section of the Land Development Ordinance.__*

*__The penalty for operating a Short-Term Rental without a business license will be assessed a fine of five hundred dollars ($500.00) per violation per day.__*

Inspector's signature _____ Date ___9/22/23___

Revised September 1, 2022

# CITY OF BILOXI

## APPLICATION PROFILE



GENERAL APPLICATION

```
Application ref   202301656                          Fee Effective Dt 09/14/2023
Department        C D DIRECTORS OFFICE
Location          929 DIVISION ST #1
Parcel            1410E-03-001.000
Cross streets
Add'l loc desc    AHRC
Municipality      BILOXI
Subdivision                                          Lot
Existing use      LAND
      memo
Current Zoning    REGIONAL BUSINESS
   Flood zone     AE
Applicant         HOME OWNER
Proj/Activity     CERTIFICATE OF OCCUPANCY STR
Class of work
Description        STR

Proposed use      LAND
      memo
Proposed zoning   REGIONAL BUSINESS
   Flood zone     AE
Non-conforming    N
Applic received   09/14/23
Estimated cost              0
Estim start/end
Actual start/end            09/16/24
Impervious Surf          0.00
Semi-Pervious
Assigned to
Status            COMPLETE
Status code desc  CLOSED PROJECT          Multiple submissions N
Next action                               Government owned     N
      memo
Ordinance ref     COO
Reason for app
Parent app
```

PROGRESS

```
Prerequisites Approved          2 of    2
Restrictions/Hazards Cleared    1 of    1
Plan Reviews                    0 of    0
Department/Board Reviews        0 of    0
Permits Issued/Completed        2 of    2
Inspections                     0 of    0
Permit Fees Paid                0 of    0
Miscellaneous Charges Paid      0 of    0
Work Orders Paid                0 of    0
```

# CITY OF BILOXI

## APPLICATION PROFILE

Biloxi

Application ref:  202301656 (continued)

ROLES/NAMES

| Role | | Name/Address |
|------|---|------------|
| HOME OWNER | | MEGALOPOLIS ENTERPRISE CO LLC |
| CID  : 38022 | | P.O. BOX 1183 |
| Phone: 305-504-1323 | | BILOXI, MS 39530 |

| Tradesman Name | Lic Type | License number | Class | NAICS | Expires |
|----------------|----------|----------------|-------|-------|---------|
| ANDREW HARWELL | | | | | |
| SUMIRE | | | | | |
| YURI | | | | | |

RESTRICTIONS/HAZARDS

| Restrct/Hazard | Hold | Comments |
|----------------|------|----------|
| RST AHRC | | |

PREREQUISITES

| Prereq | Action | Dept | Needed By | Approved | By | Status |
|--------|--------|------|-----------|----------|-----|--------|
| ZONING/USE | APPROVAL | 311 | | 09/14/23 | AH | |
| FEMA ELEVA | APPROVAL | 311 | | 09/14/23 | AH | |

PERMITS

| Type | Permit Number | Status | Issued | Fee | Unpaid Amt |
|------|---------------|--------|--------|-----|------------|
| STR RENEW | 202400135 | ISSUED | 09/16/24 | 250.00 | .00 |
| COO STR | 20097506 | ISSUED | 09/25/23 | 150.00 | .00 |
| | | | TOTAL: | 400.00 | .00 |

AUDIT HISTORY

| Department | Action | Source | Created by |
|------------|--------|--------|------------|
| Date | Comments | | |
| | Application status change | APP | prose |
| 09/16/24  See text | | | |
| C D DIRECTORS OFFICE | Permit issued | APP | prose |
| 09/16/24  Permit no 202400135 - STR RENEW, PAID | | | |
| C D DIRECTORS OFFICE | Permit payment collected | APP | prose |
| 09/16/24  Payment collected on permit SHORT TERM RENTAL RENEWAL | | | |
| C D DIRECTORS OFFICE | Permit added | APP | prose |
| 09/16/24  Permit 'SHORT TERM RENTAL RENEWAL' (ID: 103713) added to application | | | |
| C D DIRECTORS OFFICE | Application reactivated | APP | prose |
| 09/16/24  Reactivated on 09/25/23 - Status was COMPLETE | | | |
| | Application status change | APP | prose |
| 09/25/23  See text | | | |
| C D DIRECTORS OFFICE | Permit issued | APP | prose |
| 09/25/23  Permit no 20097506 - COO STR, PAID | | | |
| C D DIRECTORS OFFICE | Permit payment collected | APP | prose |
| 09/20/23  Payment collected on permit CERTIFICATE OF OCCUPANCY STR O | | | |
| C D DIRECTORS OFFICE | Contractor added | APP | prose |

## CITY OF BILOXI

## APPLICATION PROFILE

Application ref: 202301656 (continued)

```
09/20/23  Contractor MEGALOPOLIS ENTERPRISE CO LLC added to permit 'CERTIFICATE OF OCCUPANCY STR' (ID: 97277)
C D DIRECTORS OFFICE Prerequisite approved      APP     slemons
09/14/23  FEMA ELEVATION CERT on 09/14/23
C D DIRECTORS OFFICE Prerequisite approved      APP     slemons
09/14/23  ZONING/USE on 09/14/23
C D DIRECTORS OFFICE Application entered.        APP     slemons
09/14/23
```

```
** END OF REPORT - Generated by shelley pritchett **
```