Application # 202400504



# CZC - Commercial
# Commercial Project Detail Worksheet

*City of Biloxi, Planning Division*
**Mailing Address: P.O. Box 508, Biloxi, MS 39530**
*Office Location: 676 Dr. MLK Blvd.,*
Building (228) 435-6270  Planning (228) 435-6266
Fax (228) 435-6188

***Note: This certificate must accompany your requests for business licensure, building permit, and/or certificate of occupancy. No request through the Biloxi planning department can be initiated without this form. A site plan depicting what is proposed must be attached to complete this application. (If applicable)***

Project Description: Roof rehab + replacement Siding

Applicant: ☒ Owner  ☐ Engineer  ☐ Architect  ☒ Type of Contractor _____

Project Address: 929 Division St _____ Lot/Unit/Apt# _____

Current/Proposed Property Use: Retail/Commercial

**(OWNER) BUSINESS DETAILS**
Owners Name: Meganotis

Mailing Address: 929 Division St ____ Telephone 228-354-1323

**(SEPARATE PERMIT REQUIRED FOR SIGN AND/OR PARKING) SIGN DETAIL**
Setback from property line _____ Overall height above grade _____
Sign Height _____ Sign Width _____
Sq. Ft of this sign _____ Total sq. ft of all signs _____
☐ Freestanding  ☐ Attached to Building   Illuminated: ☐ Yes ☐ No

380 22

**PARKING DETAILS**

Total spaces _____ ADA spaces _____
Parking surface type: ☐ Asphalt  ☐ Concrete  ☐ Other _____
Parking lot lighting: ☐ Poles  ☐ Building Mounted  ☐ Other _____

**CELL TOWER DETAILS**

☐ Antenna Upgrade  ☒ Keesler Flight Plan area – Tower MSL _____

Applicant Signature _____ Date 03/19/24

Revised 2023

**Exhibit 3**

## Planning Staff Only

Tax Parcel # __1410E-03-001.000__   Roof Only
Current Zoning __RB__ Use _____
Setbacks: Front __40'__ Back __10'__ Left __10'__ Right __10'__
Lot Sq. Ft or Acres_____ Impervious % _____ PC Case #_____
Is this project in compliance with the Zoning Requirements? ☑ Yes ☐ No
Does the project require DRC review? ☐ Yes ☐ No / if yes, Hearing Date is _____
Are Protected Trees on site? ☐ Yes ☑ No Arborist Signature _____
_____[signature]_____ Date: __3-19-24__
Planning Division Approval

## Flood Plain Manager Only

Old Flood Zone __N/A__ Permits since 2012 ☑ Yes ☐ No
FEMA Flood Zone ☑ A, AE, or AH   ☐ CAZ   ☐ VE   ☐ SX or X
Floodway ☐ Yes ☑ No   Design Flood Elevation __17'__ Cumulative % _____
_____[signature]_____ Date: __3-19-2024__
Flood Plain Manager Approval

## AHRC Staff Only

Will this project require an AHRC Hearing? ☑ Yes ☐ No / if yes, Hearing Date is __3-14-24__
Case No. __24-009__
_____[signature]_____ Date: __3/19/24__
AHRC Staff Approval

Revised 2023



# Building Permit Application

*City of Biloxi, Planning Division*
**Mailing Address: P.O. Box 508, Blvd., Biloxi, MS 39530**
Office Location: 676 Dr. MLK Blvd., Building (228) 435-6270
Planning (228) 435-6266  Fax (228) 435-6188

**A BUILDING CODE SUMMARY WORKSHEET MUST ACCOMPANY THIS APPLICATION**

Project Address _____ Division St _____ Project Cost $ 20.00

Type of Structure: ☐ New  ☒ Existing  ☐ Demolition  ☐ Fence  ☐ Addition  ☐ Sign

Fully Describe Work Proposed: _____

**GENERAL CONTRACTOR**
Name/Address _____
City License # _____ Phone # _____

**SUBCONTRACTORS**

Electrical: _____  Mechanical: _____

Plumbing: _____  Other: _____

**If new construction,** Gross Sq. Ft.: _____ Net Sq. Ft. _____
**Multi-family information (if applicable)** proposed # of Units _____ # of Buildings _____

**\*ASBESTOS CERTIFICATION\***
Demolition/Remodel/Repair: I understand that it is my responsibility to verify if there are any asbestos containing materials. I will abide by the regulations of the MS Dept. of Environmental Quality for removal and disposal of any asbestos materials.
Applicant's Signature: _____  Date: _____

*I hereby make application for permit to perform work as described herein and if permit is granted i agree to conform to all regulations and ordinances of the city of Biloxi pertaining hereto and in accordance with the plans submitted. I acknowledge that this permit will expire six (6) months from the date of approval.*

Applicant's Signature: _____  Date: _____

Revised 2023

# CITY OF BILOXI

## APPLICATION PROFILE

```
GENERAL APPLICATION
  Application ref  202400504                          Fee Effective Dt 03/19/2024
  Department       C D DIRECTORS OFFICE
  Location         929 DIVISION ST
  Parcel           1410E-03-001.000
  Cross streets
  Add'l loc desc   AHRC
  Municipality     BILOXI
  Subdivision                                                Lot
  Existing use     LAND
            memo
  Current Zoning   REGIONAL BUSINESS
     Flood zone    AE
  Applicant        BUSINESS
  Proj/Activity    ROOFING
  Class of work
  Description      REMOVE OLD ROOF AND REPLACE WITH NEW
                   AND SIDING
  Proposed use     LAND
            memo
  Proposed zoning  REGIONAL BUSINESS
     Flood zone    AE
  Non-conforming   N
  Applic received  03/19/24
  Estimated cost        16,000
  Estim start/end
  Actual start/end
  Impervious Surf          0.00
  Semi-Pervious            0.00
  Assigned to
  Status           ACTIVE
  Status code desc NEW APPLICATION              Multiple submissions N
  Next action                                   Government owned     N
            memo
  Ordinance ref    Residential
  Reason for app
  Parent app

PROGRESS
  Prerequisites Approved          1 of    1
  Restrictions/Hazards Cleared    1 of    1
  Plan Reviews                    0 of    0
  Department/Board Reviews        0 of    0
  Permits Issued/Completed        1 of    1
  Inspections                     0 of    0
  Permit Fees Paid                0 of    0
  Miscellaneous Charges Paid      0 of    0
  Work Orders Paid                0 of    0


Report generated: 07/22/2025 09:44                              Page      1
```

# CITY OF BILOXI

**Biloxi**

## APPLICATION PROFILE

Application ref:  202400504 (continued)

### ROLES/NAMES

```
Role                            Name/Address
HOME OWNER                      MEGALOPOLIS ENTERPRISE CO LLC
  CID   : 38022                 P.O. BOX 1183
  Phone: 305-504-1323           BILOXI, MS 39530

  Tradesman Name          Lic Type   License number   Class        NAICS  Expires
  ANDREW HARWELL
  SUMIRE
  YURI

GENERAL CONTRACTOR              MEGALOPOLIS ENTERPRISE CO LLC
  CID   : 38022                 P.O. BOX 1183
  Phone: 305-504-1323           BILOXI, MS 39530

  Tradesman Name          Lic Type   License number   Class        NAICS  Expires
  ANDREW HARWELL
  SUMIRE
  YURI
```

### RESTRICTIONS/HAZARDS

```
  Restrct/Hazard   Hold   Comments
  RST AHRC
```

### BUILDING CONSTRUCTION

```
  Sequence        1
  Proposed use BUILDING                        Footprint
  Bldg desc                                    Gross SF
  Struct type                                  Net SF
                                               Finished SF
                                               Unfinish SF

  Bldg type
  Bldg link     Existing Property Building
  Upd property Y
  Stories          .0
  Use memo
  Height                                       Proposed Setbacks
  Front dim                                        Front
  Back dim                                         Back
  Left dim                                         Left
  Right dim                                        Right
  Dim memo
  Constr type
  Occup group
  Heat type                                    Attic         N
  Water type                                   Basement      N
  Sewer type                                   Central air   N
  Elevators                                    HW smoke det  N
  Sprinklers              Heads                Fire alarm    N
  Firewalls
```

# CITY OF BILOXI

## APPLICATION PROFILE

Application ref: 202400504 (continued)

```
Ext finish
Firepl type
Style                                          Basement SF
Foundtn size                                   Fin bsmt SF
Garage type                                    Garage SF
Carport
Deck/porch
Porch 1
Porch 2
Sunroom
Morning room
Other
Total units         0                          Total rooms       0
1 BR                0                          Bedrooms          0
2 BR                0                          Baths           .00
3+BR                0                          Half baths        0
Efficiencies        0
```

### PREREQUISITES

```
Prereq    Action     Dept   Needed By  Approved    By     Status
AHRC      APPROVAL   AHRC              03/19/24    MAH
```

### PERMITS

```
Type    Permit Number    Status   Issued         Fee      Unpaid Amt
BLDG    20109833         ISSUED   03/19/24     100.00            .00
```

### AUDIT HISTORY

```
Department          Action              Source    Created by
  Date       Comments
C D DIRECTORS OFFICE Permit payment collected  APP      prose
  03/19/24   Payment collected on permit BUILDING B20109833
C D DIRECTORS OFFICE Permit issued             APP      prose
  03/19/24   Permit no 20109833 - BLDG, UNPAID
C D DIRECTORS OFFICE Contractor added          APP      prose
  03/19/24   Contractor MEGALOPOLIS ENTERPRISE CO LLC added to permit 'BUILDING' (ID: 100775)
C D DIRECTORS OFFICE Prerequisite approved     APP      shammons
  03/19/24   AHRC on 03/19/24
C D DIRECTORS OFFICE Application entered.      APP      shammons
  03/19/24
```

** END OF REPORT - Generated by shelley pritchett **