

**Residential Building Permit Application**
City of Biloxi, Community Development Department
676 Dr. Martin Luther King Jr., Blvd., Biloxi, MS 39530
Building (228) 435-6270 Planning (228) 435-6266 Fax (228) 435-6188

Application number: 202202125  Date issued: _____

Applicant: ☐ Owner ☐ Engineer ☐ Architect ☒ Contractor ☐ Other _____

Owner's Name: Megalopolis Enterprise Companies, LLC   Telephone: (305) 504-1323

Project Address: 929 Division St, Biloxi, 39530   Lot Number: Apt 3

Mailing Address: 1183 Po Box   Estimated Cost ($): 2 0 0 0

Project Description: ☐ New Construction ☐ Addition ☒ Repair/Renovate ☐ Other
PLEASE DESCRIBE WORK PROPOSED: Fire rated drywall — Interior only

Contractor's Name: Megalopolis Enterprise Companies LLC   City License # 37658
(If applicable) Contractor Phone #: _____
Owner/Applicant Signature: _____   Date: 09/30/2022

**Staff Use Only**   NEED EC AT Finish

Parcel: 1410E-03-001.003
Old Flood Zone: UM   Permits since 2012 ☒ Yes ☐ No
FEMA Flood Zone: ☒ A, AE, or AH  ☐ CAZ  ☐ VE  ☐ SX or X
Floodway ☐ Yes ☒ No   Design Flood Elevation: 17   Cumulative %: ____
Flood Plain Manager Signature: _____   Date: 9-30-2022

Will this project require an AHRC Hearing? ☒ No ___ Yes Case No. _____
Will this project require a Planning Commission Hearing? ___ No ___ Yes
Current Zoning _____ PC Case No. _____ (if applicable)
Current Use _____ Proposed Use _____
Setbacks: Front ____ Back ____ Left ____ Right ____
Impervious % ____
Planning Signature: Caryla N. Lera   Date: 9-30-22

**Exhibit 4**

March 2022

# CITY OF BILOXI



## APPLICATION PROFILE

### GENERAL APPLICATION

```
Application ref   202202125                          Fee Effective Dt 09/30/2022
Department        C D DIRECTORS OFFICE
Location          929 DIVISION ST 3
Parcel            1410E-03-001.000
Cross streets
Add'l loc desc    AHRC
Municipality      BILOXI
Subdivision                                          Lot
Existing use      LAND
      memo
Current Zoning    REGIONAL BUSINESS
    Flood zone    AE
Applicant
Proj/Activity     INTERIOR ALTERATIONS COMM
Class of work
Description       ADDING FIRE RATED DRYWALL TO THE UNIT

Proposed use      LAND
      memo
Proposed zoning   REGIONAL BUSINESS
    Flood zone    AE
Non-conforming    N
Applic received   09/30/22
Estimated cost         2,000
Estim start/end
Actual start/end
Impervious Surf              0.00
Semi-Pervious
Assigned to
Status            ACTIVE
Status code desc  NEW APPLICATION          Multiple submissions N
Next action                                Government owned     N
      memo
Ordinance ref     Commercial
Reason for app
Parent app
```

### PROGRESS

```
Prerequisites Approved             1 of    1
Restrictions/Hazards Cleared       1 of    1
Plan Reviews                       0 of    0
Department/Board Reviews           0 of    0
Permits Issued/Completed           2 of    2
Inspections                        1 of    1
Permit Fees Paid                   0 of    0
Miscellaneous Charges Paid         0 of    0
Work Orders Paid                   0 of    0
```

# CITY OF BILOXI

## APPLICATION PROFILE

Application ref:  202202125 (continued)

### ROLES/NAMES

```
Role                            Name/Address
HOME OWNER                      MEGALOPOLIS ENTERPRISE CO LLC
  CID  : 38022                  P.O. BOX 1183
  Phone: 305-504-1323           BILOXI, MS 39530

  Tradesman Name     Lic Type   License number   Class     NAICS   Expires
  ANDREW HARWELL
  SUMIRE
  YURI

GENERAL CONTRACTOR              MEGALOPOLIS ENTERPRISE CO LLC
  CID  : 38022                  P.O. BOX 1183
  Phone: 305-504-1323           BILOXI, MS 39530

  Tradesman Name     Lic Type   License number   Class     NAICS   Expires
  ANDREW HARWELL
  SUMIRE
  YURI

PLUMBING CONTRACTOR             MEGALOPOLIS ENTERPRISE CO LLC
  CID  : 38022                  P.O. BOX 1183
  Phone: 305-504-1323           BILOXI, MS 39530

  Tradesman Name     Lic Type   License number   Class     NAICS   Expires
  ANDREW HARWELL
  SUMIRE
  YURI
```

### RESTRICTIONS/HAZARDS

```
Restrct/Hazard   Hold   Comments
RST AHRC
```

### BUILDING CONSTRUCTION

```
Sequence      501
Proposed use  BUILDING               Footprint
Bldg desc                            Gross SF
Struct type                          Net SF
                                     Finished SF
                                     Unfinish SF

Bldg type
Bldg link     New Building
Upd property Y
Stories          .0
Use memo
Height                               Proposed Setbacks
Front dim                              Front       40
Back dim                               Back        10
Left dim                               Left        10
Right dim                              Right       10
```

# CITY OF BILOXI

## APPLICATION PROFILE



Application ref:  202202125 (continued)

```
Dim memo
Constr type
Occup group
Heat type                                Attic           N
Water type                               Basement        N
Sewer type                               Central air    N
Elevators                                HW smoke det   N
Sprinklers                      Heads    Fire alarm     N
Firewalls
Ext finish
Firepl type
Style                                    Basement SF
Foundtn size                             Fin bsmt SF
Garage type                              Garage SF
Carport
Deck/porch
Porch 1
Porch 2
Sunroom
Morning room
Other
Total units     0                        Total rooms     0
1 BR            0                        Bedrooms        0
2 BR            0                        Baths         .00
3+BR            0                        Half baths      0
Efficiencies    0
```

### PREREQUISITES

```
Prereq       Action      Dept   Needed By   Approved   By   Status
BLDG PLAN    APPROVAL    311                09/30/22
```

### PERMITS

```
Type         Permit Number   Status   Issued          Fee    Unpaid Amt
BLDG         20107787        ISSUED   09/30/22      30.00          .00
PLUMB IBC    20097653        ISSUED   09/30/22      30.00          .00
                                      TOTAL:        60.00          .00
```

### INSPECTIONS

```
Type         Requested   Scheduled    Insptr  Performed  Results    Bal Due
PLBG ROUGH   10/10/22    10/10/22     JH      10/10/22   PASS           .00
```

              ** END OF REPORT - Generated by patty rose **

```
Report generated: 07/22/2025 09:45                                  Page    3
User:             prose
Program ID:       piappent
```