CRN# CC-51719 CE#

**AFFIDAVIT IRC R114.4 Failure to comply. Any person who shall continue any work after having been served with a stop work order, except such work as that person is directed to perform to remove a violation or unsafe condition, shall be subject to fines established by the authority having jurisdiction.**

STATE OF MISSISSIPPI
CITY OF BILOXI
COUNTY OF HARRISON

Before Me_Brooke Vanover___(Deputy Court Clerk of the City of Biloxi)

Name: ___Jerry Creel____________________ makes oath that:

Name: Yuri Vinicius Petrini De Moraes Address: _1606 Beach Blvd._ Phone: _305-504-1323_ on or about

the _10th__ day of__July_2025, at _10_ o'clock (am/pm), in said City

did willfully and unlawfully violate City of Biloxi Ordinance #_IRC R114.4____________________________

by Continuing work after having been served with a stop work order.______________________________

______________________________________________________________________

AFFIANT

Sworn to and subscribed before me this the __10th__ day of _July________, 2025____

(DEPUTY) COURT CLERK

**Exhibit a**

CRN# CC-51719 CE#

**AFFIDAVIT IRC R105.1 Permits required. Any owner or owner's authorized agent who intends to construct, enlarge, alter, repair, move, demolish or change the occupancy of a building or structure, or to erect, install, enlarge, alter, repair, remove convert or replace any electrical, gas, mechanical or plumbing system, the installation of which is regulated by this code, or to cause any such work to be performed, shall first make application to the building official and obtain the required permit.**

STATE OF MISSISSIPPI
CITY OF BILOXI
COUNTY OF HARRISON

Before Me Brooke Vanover (Deputy Court Clerk of the City of Biloxi)

Name: Jerry Creel makes oath that:

Name: Yuri Vinicius Petrini De Moraes Address: 1606 Beach Blvd. Phone: 305-504-1323 on or about

the 10th day of July 2025, at 10 o'clock (am/pm), in said City

did willfully and unlawfully violate City of Biloxi Ordinance # IRC R105.1

by the unfinished deck structure was not built according to the engineered drawings that were reviewed and approved for a building permit.

[signature]
**AFFIANT**

Sworn to and subscribed before me this the 10th day of July, 2025

[signature]
(DEPUTY) COURT CLERK

CRN# CC-51719 CE#

**AFFIDAVIT IRC R105.1 Permits required. Any owner or owner's authorized agent who intends to construct, enlarge, alter, repair, move, demolish or change the occupancy of a building or structure, or to erect, install, enlarge, alter, repair, remove convert or replace any electrical, gas, mechanical or plumbing system, the installation of which is regulated by this code, or to cause any such work to be performed, shall first make application to the building official and obtain the required permit.**

STATE OF MISSISSIPPI
CITY OF BILOXI
COUNTY OF HARRISON

Before Me Brooke Vanover (Deputy Court Clerk of the City of Biloxi)

Name: Jerry Creel makes oath that:

Name: Yuri Vinicius Petrini De Moraes Address: 1606 Beach Blvd. Phone: 305-504-1323 on or about

the 10th day of July 2025, at 10 o'clock (am/pm), in said City

did willfully and unlawfully violate City of Biloxi Ordinance # IRC R105.1

by installing a swimming pool without a permit being issued.

[signature] Jerry Creel
**AFFIANT**

Sworn to and subscribed before me this the 10th day of July, 2025

[signature]
(DEPUTY) COURT CLERK

CRN# CC-51719 CE#

**AFFIDAVIT IRC R110.1 Use and change of occupancy. A building or structure shall not be used or occupied in whole or in part, and a change of occupancy of a building or structure or portion thereof shall not be made, until the building official has issued a certificate of occupancy therefor as provided herein.**

STATE OF MISSISSIPPI
CITY OF BILOXI
COUNTY OF HARRISON

Before Me Brooke Vanover (Deputy Court Clerk of the City of Biloxi)

Name: Jerry Creel makes oath that:

Name: Yuri Vinicius Petrini De Moraes Address: 1606 Beach Blvd. Phone: 305-504-1323 on or about

the 10th day of July 2025, at 10 o'clock (am/pm), in said City

did willfully and unlawfully violate City of Biloxi Ordinance # IRC R110.1

by occupying a residence prior to a certificate of occupancy being issued by the building official.

AFFIANT

Sworn to and subscribed before me this the 10th day of July 2025

(DEPUTY) COURT CLERK