**Biloxi Municipal Court**
**CITATION SUMMONS**

| Community Development / Police Case Numbers: | Citation Number | Date | Time |
|---|---|---|---|
| CC-51719 | CC-00237 | 07/09/2025 | 9:05 |

Defendant Information (All personal identifiers must be complete for service; e.g., name, DOB, SSN & address)

| Last Name | First Name | Middle Name |
|---|---|---|
| PETRINI DE MORAES | YURI | VINICIUS |

| Current Address |
|---|
| 1606 BEACH BLVD |

| Current Telephone Number ☐ None | DL/ID State ☐ None | Driver's License/ID Number | DL/ID Expiration Date |
|---|---|---|---|
| | | | |

| Age / Date of Birth | Social Security Number | Place of Employment ☐ Unemployed | Employment Phone Number |
|---|---|---|---|
| / | | | |

| Parcel Number | Violation Location |
|---|---|
| 1310L-04-152.002 | 1606 BEACH BLVD |

| X | ORDINANCE # | Description |
|---|---|---|
| | IRC R114.4 | FAILURE TO COMPLY. |
| | IRC R110 1 | OCCUPYING A HOME WITHOUT AN APPROVED CERTIFICATE OF OCCUPANCY. |
| | IRC R105 1 | PERMITS MUST BE OBTAINED FOR WORK TO BE PERFORMED ON A BUILDING OR STRUCTURE. |

## SUMMONS

**YURI VINICIUS PETRINI DE MORAES,** IS HEREBY SUMMONED TO APPEAR IN THE MUNICIPAL COURT OF THE CITY OF BILOXI, LOCATED AT 170 PORTER AVENUE, PHONE 228-435-6125, TO ANSWER TO THE ABOVE CHARGE(S). I THE UNDERSIGNED, DO HEREBY ACCEPT THIS SUMMONS AND AGREE TO APPEAR IN THE MUNICIPAL COURT FOR THE CITY OF BILOXI, THE ARRAIGNMENT DATE BEING ON THE __25TH__ DAY OF __JULY__, 20__25__ AT 11:00 AM.

WARNING: FAILURE TO APPEAR AS AGREED, MAY RESULT IN YOUR BEING FOUND IN CONTEMPT OF COURT AND A WARRANT MAY BE ISSUED FOR YOUR ARREST

SIGNATURE OF DEFENDANT: [signature]

**Exhibit b**

Before me, __Nelone Vixen__ Deputy Court Clerk of the City of Biloxi,

Officer Name __NEWELL__ Badge # __77__ makes oath that the above defendant was personally served with citation summons for the above referenced violation(s) at __1606 BEACH BLVD BILOXI, MS__, on the __11TH__ Day of __July__, 20__25__ at __11:10__ AM/PM.

SIGNATURE OF OFFICER: __William B. Newell #77__

Sworn to and subscribed before me this __11th__ day of __July__, 20__25__ (D.C.) __Nelone Vixen__

Service Attempted / No Contact: (1st) Date _____ By _____ (2nd) Date _____ By _____
AMENDED 6/1/2023

entered AC