STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
BILOXI MUNICIPAL COURT
BILOXI, MS 39530

COUNTY OF HARRISON   AGENCY CODE MS0240100   CASE #: 251000134

DEFENDANT INFORMATION

**NAME**: YURI VINICIUS PETRINI DE MORAES

**RACE**: WHITE  **SEX**: MALE **DOB**: 8/23/1992

**ADDRESS**: 929 DIVISION STREET #2
BILOXI, MS 39530

**CHARGED WITH MISDEMEANOR**: §63-9-11 SPEEDING 21 - 30 MILES OVER LIMIT 70 MPH in a 45 MPH zone
**DATE OF ARREST**: 10/01/2025  **TRIAL DATE**: 12/09/2025
**LOCATION OF ARREST**: BEACH BLVD AT ITS INTERSECTION WITH ST PETER STREET
**CHARGES WERE FILED BY OFFICER**: JASON CUMMINGS  **BADGE #**: 2792
**AGENCY**: BILOXI POLICE DEPT
**DEFENDANT ENTERED A PLEA OF**:   **PLEA DATE**: 11/04/2025
**DEFENDANT WAS FINED**: $231.00   **VERDICT**: DISMISSED
**ATTORNEY OF RECORD**:
**SENTENCE**: DISMISSED/COMPLETED ADULT DRIVING SCHOOL

**JUDGE**: JAMES STEELE

I, certify this to be a true and correct copy of my court record as recorded in
Docket 2500010556  Citation number: E088603

This the 12th day of January, 2026.

_Taylor Johnston_
Deputy Court Clerk

**Exhibit d**

# STATE OF MISSISSIPPI UNIFORM TRAFFIC TICKET

| City of Biloxi | Judicial District: 2  Agency Code: 2401 | TICKET NO.: E088603  CASE No: 251000134 |
|---|---|---|

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

| Location of Violation: BEACH BLVD | At/Near: ST PETER ST | | | |
|---|---|---|---|---|
| Date: 10/01/2025 | Time: 08:02 | Accident: NO | District: 08 | Precinct: 4 |

Defendant: (First Name, Middle Name, Last Name)
**YURI VINICIUS PETRINI DE MORAES**

License Address:
**929 DIVISION ST**

| City: BILOXI | State: MS | Zip Code: 39530 |
|---|---|---|

| Drivers License Number: 252807775 | Class: R | State: MS | Sex: M | Race: W | Date of Birth: 08/23/1992 |
|---|---|---|---|---|---|

| Vehicle License No.: HSS02 | State: MS | Year: | Make: PORSCHE | Model: CAYENNE |
|---|---|---|---|---|

Registration Expiration:
Defendant's Current Address:
Defendant's Current Phone (Main/Work): /

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense(s) of:

| SPEED | ZONE |
|---|---|
| 70 MPH | 45 MPH |

OFFENSE: CITATION: 63-3-507 SPEEDING 21 to 30

☐ Check Only If Driver License is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law.
☐ Required Placard Under Hazardous Materials Transportation Act.

**AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI**

Officer: J. CUMMINGS 0043

You are hereby notified to appear before the MUNICIPAL COURT to plea the charge on:
**11/04/2025 at 1:30 PM**

Court's Physical Address: 170 Porter Avenue, Biloxi, MS 39530
Court's Telephone Number: 228-435-6125

YOU MAY PAY ONLINE AT:
www.biloxi.ms.us

| Judgment of the Court | Fine: 91.50 | Court Costs: 139.50 | Disposition: GL | Date: 12/9/25 |
|---|---|---|---|---|



TT 12-3-25

ADULT DRIVER TRAINING



CERTIFIED TRUE COPY
By T Johnston DC
MUNICIPAL COURT OF BILOXI

**COMMISSIONER'S COPY**
This is a true and correct copy of this document on file with this court.

_____     12/9/25
Court Clerk / Deputy Clerk                Date

**Officer Notes:**
Speed Determined By: RADAR
Radar Model #:
Moving/Stationary: Front Mov/Sta
Grant: NONE
Arrest: No


National Safety Council

Certificate of Completion
NSC7L1P8ZZS

# Defensive Driving 11th Ed Online - U (English)

Student Information: YURI PETRINI DE MORAES

Provider: National Safety Council (1-833-3NSCLRN)

Company: Mississippi Safety Services

Date of Completion: December 07, 2025 09:58 pm CST



CERTIFIED TRUE COPY
By ___T. Johnston___ DC
MUNICIPAL COURT OF BILOXI