**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**YURI PETRINI**                                                              **PLAINTIFF**

**v.**                                                      **CAUSE NO. 1:25-cv-233-LG-RPM**

**CITY OF BILOXI, et al.**                                          **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the Court's Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff Yuri Petrini's claims against Defendant City of Biloxi, Mississippi; Jerry Creel; Peter C. Abide; Tara Busby; Donna Parker; Currie Johnson & Myers, P.A.; and Jennifer Polk are hereby **DISMISSED WITHOUT PREJUDICE**.  Having no other claims remaining, this case is now **CLOSED**.

**SO ORDERED AND ADJUDGED** this the 30th day of June, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE